**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DARRYL SWINT,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:24-CV-184-RAH-CSC |
| | ) |
| **KAREN WILLIAMS, et. al.,** | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed June 5, 2024 (Doc. 8), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED for lack of jurisdiction.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 8th day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE